# NOTIFICATION OF LATE RECORD

**Court of Appeals No., if known:** <u>04-15-00735CV</u>
**Trial Court Style:** <u>E & S Oil Field Services, LLC   v.   Juan Carlos Garza</u>
**Trial Court No.:** <u>2014CVZ000131 C3</u>

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2016 2:20:31 PM
KEITH E. HOTTLE
Clerk

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: <u>September 21, 2015</u>.
The record was originally due: <u>December 3, 2015</u>.
I anticipate the length of the record to be: <u>94 pages.</u>
I am unable to file the record by the date such record is due because [check one]:

☑ the appellant has not to this date designated or requested the appellate record;

☑ furthermore, the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record;

☑ my other duties or activities preclude working on the record

I anticipate the record will be completed by: <u>January 30, 2016</u> .

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: <u>December 7, 2015</u>         Signature: _Roxann G. Soto_____
                                  Printed
                                  Name: <u>Roxann G. Soto</u>

                                  Title: <u>Official Court Reporter, County Court at Law No. 2</u>

## Acknowledgment

**State of Texas** §
**County of Webb** §

Before me, the undersigned authority, on this day personally appeared _Roxann G. Soto_ , known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: <u>December 7, 2015</u>         Signature: _____
Seal:                             Printed
                                  Name: <u>Jose Gerardo Perez</u>

JOSE GERARDO PEREZ
MY COMMISSION EXPIRES
February 28, 2016